UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ROMO,                                                        Docket No. 12-CV-2944

                                       Plaintiffs,         **STIPULATION OF**
        -against-                                                             **DISCONTINUANCE**
                                                                             **OF ACTION AGAINST**
UNITED PARCEL SERVICE, ANTHONY GALLO      **DENFENDANT**
In his individual and official capacities, JOSEPH      **DR. ALAN BIGMAN, M.D.**
CONFORTI in his individual and official capacities,
THOMAS DULLAHAN in his individual and official
Capacities, MATT HOFFMAN in his individual and
Official capacities, ALEXANDER GROZA in hi
Individual and official capacities, DONNA CARAVAN
In her individual and official capacities, and DR. ALAN
BIGMAN, M.D., in his individual and official capacities,

                                         Defendants.
-------------------------------------------------------------X

**WHEREAS** Plaintiff previously agreed with the Court and Counsel for UPS Defendants to review and withdraw certain claims from the Complaint,

**WHEREAS** Plaintiff has, in fact, reviewed the Complaint and after due good faith consideration, has agreed to withdraw certain claims from this matter,

**WHEREAS** the claims which Plaintiff agreed to withdraw against UPS Defendants were central to the issues alleged regarding Defendant DR. ALAN BIGMAN, and

**WHEREAS** Plaintiff has determined, after withdrawing said claims and reviewing his allegations specifically against Defendant DR. ALAN BIGMAN, that his claims against DR. BIGMAN should be withdrawn in their entirety,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the udersigned, the attorneys of record for Plaintiff JOSE ROMO and Defendant DR. ALAN BIGMAN in the above entitled action, that the above entitled action be, and the same hereby is discontinued, with prejudice and without costs to either Party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court and an order to that effect may be entered without further notice.

GREGORY CALLISTE, JR. ESQ.

*[signature]*

The Law Offices of
Frederick K. Brewington
Attorneys for Plaintiff Jose Romo
556 Peninsula Blvd.
Hempstead, NY 11550

LAW OFFICES OF
CHARLES E. KUTNER, LLP

*[signature]*

By: Patrick Me*[?]*
Attorneys for Defendant
ALAN BIGMAN
110 East 59th Street, 25th Floor
New York, NY 10022-1304

GREENBERG TRAURIG, LLP

*[signature]*

By: MICALA CAMPBELL ROBINSON
Attorneys for Defendants
UNITED PARCEL SERVICE, INC
ANTHONY GALLO, JOSE FONCORTI,
THOMAS DULLAHAN, MATT HOFFIMA,
SANTIAGO, LADO, ALEXANDER GROZA,
And DONNA CANAVAN
200 Park Avenue
Florham Park, NJ 07932